## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GECKO GRAPHICS, LLC** | * | **CIVIL ACTION: 3:23-cv-01287** |
| | * | |
| **VERSUS** | * | **JUDGE: Shelly D. Dick** |
| | * | |
| **BANKERS INSURANCE COMPANY** | * | **MAGISTRATE JUDGE: Scott D. Johnson** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS WITH PREJUDICE

**NOW COMES** plaintiff, GECKO GRAPHICS, LLC, through undersigned counsel, who suggests to the Court that it desires to dismiss this action in its entirety, with prejudice, each party to bear their own cost.

Respectfully submitted,

**JOUBERT LAW FIRM, APLC**

**BY:** s/ Darren W. Wilson
DARREN W. WILSON, LSBA NO. 40660
JOHN T. JOUBERT, LSBA NO. 25121
JOHN C. JACOBS, LSBA NO. 26662
MATTHEW J. DAVIS, LSBA NO. 34508
2171 Quail Run Drive
Baton Rouge, La. 70808
Telephone: 225-761-3822
Facsimile: 225-761-3823

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, either by
   **x**   **electronic delivery**,
   □   facsimile, or by
   □   United States mail, properly addressed and first class postage prepaid on the 8th day of November 2024.

s/ Darren W. Wilson
DARREN W. WILSON

---

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**GECKO GRAPHICS, LLC**         *   **CIVIL ACTION: 3:23-cv-01287**
                                *
**VERSUS**                      *   **JUDGE: Shelly D. Dick**
                                *
**BANKERS INSURANCE COMPANY**   *   **MAGISTRATE JUDGE: Scott D. Johnson**
                                *
                                *
* * * * * * * * * * * * * * * * *

FILED: _____        _____
                                                    DEPUTY CLERK

## **ORDER**

**IT IS ORDERED** that that the above numbered and titled action be dismissed with prejudice, each party to bear their own cost.

Baton Rouge, Louisiana, this _____ day of _____ 2024.


_____
**UNITED STATES MAGISTRATE JUDGE**